

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| RANCHERO ESPERANZA, LTD., | § | No. 08-14-00152-CV |
| Appellant/Cross-Appellee, | § | Appeal from the |
| v. | § | 112th District Court |
| | § | of Crockett County, Texas |
| MARATHON OIL COMPANY, | § | |
| Appellee/Cross-Appellant. | § | (TC#10-07-07204-A) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the trial court's judgment dismissing Appellant/Cross-Appellee's claims for lack of standing, and denying Appellee/Cross-Appellant's motion for summary judgment on statute of limitations. We therefore reverse the trial court's judgment dismissing Appellant/Cross-Appellee's claims for lack of standing and render judgment that Appellant/Cross-Appellee's claims are barred by the statute of limitations and Appellant/Cross-Appellee take nothing.

We further order that Appellant/Cross-Appellee and Appellee/Cross-Appellant bear their own trial and appellate costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 24TH DAY OF JULY, 2015.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.